CATHY BEVIS *et al.*, Petitioners, v. THE POLLUTION CONTROL BOARD *et al.*, Respondents.

Fifth District   No. 5—95—0561

Opinion filed September 19, 1996.—Rehearing denied October 18, 1996.